# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

### Request for Modifying the Conditions Or Terms of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing Attached)

| | |
|---|---|
| **Name of Offender:** GREGORY SANDERS | **Case Number:** 053L 2:00CR00335-002L |

**Name of Sentencing Judicial Officer:** Honorable Eldon E. Fallon

**Offense:** 18 U.S.C. 922(g) - Felon in possession of a firearm

**Date of Sentence:** April 25, 2001

**Sentence:** 45 months custody of the Bureau of Prisons, with a three year term of supervised release to follow. A $100.00 special assessment fee was also ordered.

**Special Conditions:**

1. Orientation and life skills
2. Drug treatment

**Type of Supervision:** Supervised Release    **Date Supervision Commenced:** May 03, 2004

---

### PETITIONING THE COURT

[ ]   To extend the term of supervision for years, for a total term of years.

[ X ]   To modify the conditions of supervision as follows:

MENTAL HEALTH TREATMENT: The defendant shall participate in a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.

HOME CONFINEMENT/ELECTRONIC MONITORING: The defendant shall be placed on home detention for a period of four months. During this time, the defendant shall remain at his/her place of residence except for employment and other activities approved in advance by the probation officer. The defendant shall maintain a telephone at his/her place of residence without any special services, modems, answering machines, or cordless telephones for the above period. The defendant shall wear an electronic device and shall observe the rules specified by the Probation Department. The defendant shall contribute to the cost of this program to the extent that the defendant is deemed capable by the probation officer.


**REASON FOR MODIFICATION:**

As reported to Your Honor on February 16, 2005, Gregory Sanders was arrested by the St. John the Baptist Parish Sheriff's Office on January 29, 2005, and charged with domestic battery. On January 30, 2005, while in jail in St. John the Baptist Parish, Sanders was charged with second degree battery on an inmate, disturbing the peace, and two counts of resisting arrest. Sanders remained incarcerated on a $46,000.00 bond.

This correspondence is to advise that on March 9, 2005, Sanders appeared in 40th Judicial District Court, St. John the Baptist Parish, and pled guilty to battery upon inmate Michael Duhe (Count 1), and battery upon St. John Deputy Graylin Burl (Count 2). Sanders was sentenced to 15 days parish jail as to Count 1 and 90 days parish jail as to Count 2 with each count to run concurrently (40th Judicial District case number 2005-3900).

As to the January 29, 2005, domestic battery charge, Sanders is scheduled for arraignment on April 18, 2005.

According to the police report for this incident, Sanders was arrested based on statements from Sanders' wife, Dana Sanders. Mrs. Sanders purports that Sanders hit her in the head and slapped a cigarette out of her hand during an argument. It should be noted that Mrs. Sanders is seven months pregnant. Mrs. Sanders was also observed to have a bloody lip and scratches on the back of her neck which Dana Sanders contends occurred during a past incident in which she was arguing with Sanders.

This officer has spoken to Mrs. Sanders regarding the January 29, 2005, incident. Mrs. Sanders contends that the police report for this incident is grossly exaggerated and she has already advised the District Attorney's Office in St. John Parish that she does wish to press charges against Sanders. She further advises that although she received a bloody lip during this incident, it actually occurred when her father stepped between Sanders and her. She indicates that she accidentally bumped her lip and cut it on her braces.

In addition to the above, on March 16, 2005, Sanders submitted a urine specimen at the probation office which tested positive for morphine. Sanders admits to using heroin on March 14, 2005, resulting in the March 16, 2005 drug positive. Sanders will be referred to a 30 day inpatient drug treatment program, to be followed by regular outpatient drug treatment.

Based on his recent criminal conduct, Sanders has agreed to the special conditions of mental health treatment and four months electronic monitoring to commence after inpatient drug treatment. Sanders will be placed in a mental health treatment program that will address his domestic violence issues. The special condition of four months home confinement with electronic monitoring, will serve as a sanction and to provide a more structured environment.

Sanders has read and signed the attached Probation Form 49, Waiver of Hearing to Modify Conditions of Supervised Release, indicating no objections to the special condition of four months home confinement with electronic monitoring and mental health treatment.

_____
Brian P. Bond
Senior U.S. Probation Officer
March 14, 2005

REVIEWED BY:
_____
Stephanie H. Williams
Supervising U. S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] Submit a Request for Warrant or Summons
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

3/22/05
Date

DISTRIBUTION:
- Original            - Clerk's Office
- 1 Copy Certified    - U.S. Attorney
- 1 Copy Certified    - Defense Counsel
- 2 Copies Certified  - U.S. Probation

