MINUTE ENTRY
MOORE, M.J.
MAY 3, 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                           CRIMINAL ACTION

VERSUS                                             NO. **00-335**

GREGORY SANDERS                                    SECTION "L"

## INITIAL APPEARANCE SUPERVISED RELEASE VIOLATION

APPEARANCES:  X / DEFENDANT WITH/(WITHOUT) COUNSEL _____
                X / ASST. U. S. ATTORNEY   DUANE EVANS — Niles Kessler
                X / PROBATION OFFICER BRIAN BOND — Tara Thibodeaux for
                ___ / INTERPRETER,_____, SWORN (TIME: ____.M. TO ____.M.)

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF (PETITION)/RULE TO REVOKE: READ (SUMMARIZED) WAIVED

__/ DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

X / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS
X / FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT
__/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT
__/ BOND SET AT _____

X / DEFENDANT REMANDED TO THE CUSTODY OF THE U. S. MARSHAL
__/ DEFENDANT RELEASED ON BOND
__/ DEFENDANT INFORMED THAT HEARING TO DETERMINE COUNSEL IS SET FOR

X / DEFENDANT INFORMED THAT PRELIMINARY HEARING IS SET FOR
May 13, 2005 at 10:00 am
X / DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR
May 6, 2005 at 10:00 am
X / **RULE TO REVOKE SUPERVISED RELEASE WILL BE SET
BEFORE UNITED STATES DISTRICT JUDGE ELDON FALLON**

MJSTAR:  :07