MINUTE ENTRY
MAY 6, 2005
MOORE, M.J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-335 |
| GREGORY SANDERS | SECTION: L |

**DETENTION HEARING**

PRESENT:   X/DEFENDANT

    X/COUNSEL FOR THE DEFENDANT  FPD: *Gary Schwabe*
*500 Poydras St., New Orleans LA 70130*

    X/ASST. U.S. ATTORNEY  DUANE EVANS

    __/INTERPRETER _____
(Interpreter designated by the Court and sworn. Time _____ M. to _____ M.)

__/GOVERNMENT WITNESS(ES) _____

_____

__/DEFENSE WITNESS(ES) _____

_____

MJSTAR:  :03

<u>GREGORY SANDERS</u>                                            <u>  00-335 L  </u>
DEFENDANT                                                        CASE NO.

   **THE COURT ORDERS AFTER HEARING TESTIMONY PRESENTED IN THE ABOVE CAPTIONED MATTER:**

  ___/ DEFENDANT IS ENTITLED TO RELEASE. BOND SET AT

_____

    SPECIAL CONDITIONS: (1) HE SHALL NOT COMMIT A FEDERAL, STATE OR LOCAL CRIME DURING THE PERIOD OF RELEASE; (2) HE SHALL NOT INTERFERE WITH, INTIMIDATE, THREATEN, HARM, OR INFLUENCE ANY JUROR, GOVERNMENT WITNESSES, VICTIMS OR FEDERAL AGENTS.

_____

_____

_____

  ___/ DEFENDANT EXECUTED THE BOND AND WAS RELEASED.

  ___/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL UNTIL BOND IS PERFECTED.

  _X_/ DEFENDANT IS NOT ENTITLED TO RELEASE.

  _X_/ DEFENDANT IS ORDERED DETAINED AND REMANDED TO THE CUSTODY OF THE U.S. MARSHAL.

  _X_/ WRITTEN FINDINGS AND STATEMENT OF REASONS ORDERING DETENTION FILED.

  ___/ IT IS STIPULATED THAT IF THE AGENT WERE CALLED TO TESTIFY, SAID TESTIMONY WOULD BE CONSISTENT WITH THAT CONTAINED IN THE COMPLAINT/AFFIDAVIT.

  ___/ IT IS STIPULATED THAT IF THE PRETRIAL SERVICES/PROBATION OFFICER WERE CALLED TO TESTIFY, SAID TESTIMONY WOULD BE CONSISTENT WITH THAT CONTAINED IN HIS/HER REPORT.

  ___/ THE DEFENDANT WAIVED/STIPULATED TO DETENTION RESERVING HIS/HER RIGHT TO REOPEN

  ___/ OTHER: _[signature]_____

_____