UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAY 12  A II: 34

LORETTA G. WHYTE
CLERK

UNITED STATES OF AMERICA        *        CRIMINAL NO. 00-335

v.                              *        SECTION: "L"

GREGORY SANDERS                 *

                    *        *        *

## O R D E R

Considering the foregoing Rule to Revoke Supervised Release;

**IT IS HEREBY ORDERED** that **GREGORY SANDERS** appear before this Court

on the ____25th____ day of ____may____, 2005 at __2:00__ o'clock __p__.m. to show cause why

supervised release should not be revoked.

New Orleans, Louisiana, this __11__ day of __May_____, 2005.

_____
UNITED STATES DISTRICT JUDGE

_____ Fee_____
_____ Process_____
__X__ Dktd_____
__✓__ CtRmDep_____
_____ Doc. No _____

- 3 -