MINUTE ENTRY
FALLON, J.
May 25, 2005

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| VERSUS | NO. 00-335 |
| GREGORY SANDERS | SECTION: L |

**BEFORE JUDGE ELDON E. FALLON**
Courtroom Deputy: Gaylyn Lambert
Court Reporter: David Zarek

Appearances:  Duane Evans, AUSA for government
              Gary Schwabe, Jr., Asst. Federal Public Defender for defendant

---

Rule to Revoke Supervised Release:

Defendant is present.
See Order Revoking Supervised Release.
Defendant is remanded to the custody of the U. S. Marshal.

JS-10 - :10

Fee____
Process____
X Dktd
CtRmDep
Doc.No.____