# United States District Court

## EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAY 26  AM 11: 23

LORETTA G. WHYTE
CLERK

UNITED STATES OF AMERICA

V.

GREGORY SANDERS

WARRANT FOR ARREST

CASE NUMBER: CR 00-335 L (4)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Gregory Sanders** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

( ) Indictment  ( ) Information  ( ) Complaint  ( ) Order of Court  ( ) Probation Violation Petition  (X) Supervised Release Violation Petition  ( ) Violation Notice

charging him or her with alleged violations of supervised release.

in violation of Title United States Code, Section(s)

**LORETTA G. WHYTE**
Name of Issuing Officer

**CLERK**
Title of Issuing Officer

**April 11, 2005   New Orleans, Louisiana**
Date and Location

Signature of Issuing Officer
(By) Deputy Clerk

Bail fixed at $_____  by _____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _Arrested at 6th District NOPD_ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 5/03/05 | Brian W. Fair | B V. Fa |

5/03/05 Arrested—Arrested at 6th District NOPD
by USMS E/LA

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____