UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-335 |
| GREGORY SANDERS | SECTION: L |

## ORDER REVOKING SUPERVISED RELEASE

On May 25, 2005, this matter came on before the Court on a Rule to Revoke Supervised Release.  The government was represented by Assistant United States Attorney Duane Evans.  The defendant, Gregory Sanders, appeared in person, and was represented by his attorney, Gary V. Schwabe, Jr.

The defendant entered into a stipulation with the government that, if called, Probation Officer Brian Bond would testify to the allegations in said Rule.  The Court found that the defendant had violated the terms under which he was placed on supervised release. Accordingly,

Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant's term of supervised release imposed on April 25, 2001 is REVOKED and the defendant is committed to the custody of the Bureau of Prisons for a period of fourteen (14) months as to count 1.  The Court recommends that the defendant be incarcerated as close to his family as possible, and

Page 2                                                    CR 00-335 - L

that he receive treatment for drug abuse.

   IT IS FURTHER ORDERED that the Clerk deliver a certified copy of this Order to the U. S. Marshal or other qualified officer, and that the same shall serve as the commitment herein.

   New Orleans, Louisiana, this 25th day of May, 2005.

                                   _____
                                   **ELDON E. FALLON**
                                   **UNITED STATES DISTRICT JUDGE**